# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
Rec'd 6/18/06
* MAY 19
BROOKLYN OFFICE**

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Jack B. Weinstein
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerk:    Richard W. Wieking

JPML Form 36

**A CERTIFIED TRUE COPY**

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01537-MJJ   Document 4   Filed 09/22/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #             CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829  SC           Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830  WHA          Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832  JSW          Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833  CRB          James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892  MJJ          Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895  WHA          Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902  WHA          Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908  MJJ          Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~           ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~           ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013  WHA          Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029  PJH          Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032  PJH          Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033  MJJ          Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074  MHP          Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077  WHA          Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078  SC           Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093  PJH          David Strawn v. Eli Lilly & Co.
CAN 3  05-5094  PJH          Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096  JSW          Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~           ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150  WHA          Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~           ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153  MMC          Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266  SBA          Duane Long v. Eli Lilly & Co.
CAN 3  05-5267  PJH          Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268  MJJ          Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269  JSW          Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31    JSW          Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~             ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~             ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41    WHA          Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248   EDL          Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252   WHA          Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253   JSW          Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894   WHA          Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895   PJH          Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896   TEH          Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897   SBA          Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898   MMC          Celita Finney v. Eli Lilly & Co.
CAN 3  06-899   SC           Duane Windom v. Eli Lilly & Co.
CAN 3  06-900   WHA          Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901   MMC          Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903   WHA          Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904   SC           Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905   TEH          Della Collins v. Eli Lilly & Co.
CAN 3  06-952   SC           Constance Heg v. Eli Lilly & Co.
CAN 3  06-955   SBA          Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956   PJH          Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957   MJJ          Linda Wright v. Eli Lilly & Co.
CAN 3  06-958   WHA          Ronald Rarric v. Eli Lilly & Co.

Case 3:06-cv-01537-MJJ    Document 4    Filed 09/22/06    Page 4 of 13
Case 1:04-md-01596-JBW-RLM    Document 567    Filed 05/19/2006    Page 4 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

| Case | Title |
|---|---|
| CAN 3 06-959 SI | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 06-960 JSW | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 06-961 WHA | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 06-962 MJJ | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 06-965 MJJ | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 06-966 MMC | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 06-967 MJJ | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 06-968 SC | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 06-969 WHA | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 06-970 PJH | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 06-972 PJH | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 06-976 TEH | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 06-979 SC | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 06-981 MMC | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 06-983 SC | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 06-984 MHP | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 06-987 PJH | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 06-989 MMC | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 06-990 MJJ | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 06-991 MJJ | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 06-994 MHP | Jason Evans v. Eli Lilly & Co. |
| CAN 3 06-995 TEH | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 06-996 PJH | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 06-997 MMC | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 06-998 SC | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 06-999 SI | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 06-1001 MHP | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 06-1003 MJJ | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 06-1004 MMC | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 06-1005 MMC | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 06-1006 SC | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 06-1007 MMC | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 06-1008 JSW | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 06-1009 JSW | Mary Smith v. Eli Lilly & Co. |
| CAN 3 06-1010 PJH | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 06-1011 MMC | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 06-1013 SC | Karen Jones v. Eli Lilly & Co. |
| CAN 3 06-1023 JSW | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 06-1024 WHA | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 06-1025 TEH | Bart Russell v. Eli Lilly & Co. |
| CAN 3 06-1026 MMC | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 06-1027 MMC | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 06-1028 PJH | Josie Miller v. Eli Lilly & Co. |
| CAN 3 06-1029 MJJ | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 06-1031 WHA | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 06-1033 WHA | Craig Green v. Eli Lilly & Co. |
| CAN 3 06-1034 JSW | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 06-1035 SC | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 06-1036 MMC | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 06-1037 JL | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 06-1039 MJJ | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 06-1040 WHA | John Wardlow v. Eli Lilly & Co. |
| CAN 3 06-1041 MJJ | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 06-1042 MJJ | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 06-1043 WHA | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 06-1044 PJH | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 06-1045 SC | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

Case 3:06-cv-01537-MJJ    Document 4    Filed 09/22/06    Page 5 of 13
Case 1:04-md-01596-JBW-RLM    Document 567    Filed 05/19/2006    Page 5 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                        PAGE 3 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1050 JSW | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1051 JL | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1052 SC | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1053 WHA | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1054 SC | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 | 06-1056 WHA | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 | 06-1057 MJJ | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1058 MMC | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1060 SC | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1061 PJH | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1062 PJH | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1063 MMC | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 | 06-1064 MMC | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 | 06-1076 SI | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1077 WHA | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1078 WHA | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1079 MJJ | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 | 06-1080 MHP | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1081~~ | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1082 JSW | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 | 06-1083 PJH | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 | 06-1084 MMC | Ward Marks v. Eli Lilly & Co. |
| CAN 3 | 06-1085 WHA | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 | 06-1086 MJJ | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 | 06-1088 JSW | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1090 SC | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 | 06-1091 MHP | Linda Soule v. Eli Lilly & Co. |
| CAN 3 | 06-1093 WHA | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1096 MMC | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 | 06-1099 MJJ | James Fraser v. Eli Lilly & Co. |
| CAN 3 | 06-1100 MJJ | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 | 06-1103 PJH | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 | 06-1106 PJH | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 | 06-1108 JSW | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1110 WHA | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 | 06-1111 SC | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 | 06-1112 PJH | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 | 06-1113 MMC | Diana Platts v. Eli Lilly & Co. |
| CAN 3 | 06-1116 WHA | Toni Iness v. Eli Lilly & Co. |
| CAN 3 | 06-1117 WHA | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 | 06-1118 MJJ | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 | 06-1119 EDL | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1122 SI | James Thomas v. Eli Lilly & Co. |
| CAN 3 | 06-1123 WHA | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1124 TEH | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 | 06-1125 JSW | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1126 WHA | James Arns v. Eli Lilly & Co. |
| CAN 3 | 06-1127 MJJ | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 | 06-1128 WHA | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 | 06-1129 WHA | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1131 WHA | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1132 MMC | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1133 TEH | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 | 06-1134 MJJ | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 | 06-1135 SBA | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1155 WHA | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1156 JSW | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1158 MJJ | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1159 SBA | Norine Ciaio v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 4 of 9

| Case Number | Case Name |
|---|---|
| CAN 3 06-1160 | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 06-1161 | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 06-1162 | William O'brien v. Eli Lilly & Co. |
| CAN 3 06-1163 | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 06-1164 | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 06-1168 | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 06-1170 | Susan Kline v. Eli Lilly & Co. |
| CAN 3 06-1171 | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 06-1172 | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 06-1174 | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 06-1175 | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN 3 06-1178~~ | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1179 | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 06-1180 | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 06-1182 | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 06-1184 | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 06-1185 | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 06-1186 | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 06-1187 | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 06-1188 | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 06-1190 | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 06-1194 | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 06-1195 | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 06-1198 | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 06-1199 | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN 3 06-1200~~ | ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1201 | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 06-1202 | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 06-1204 | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 06-1206 | Letha Russell v. Eli Lilly & Co. |
| CAN 3 06-1207 | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 06-1209 | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 06-1230 | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 06-1231 | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 06-1232 | Mary Lee v. Eli Lilly & Co. |
| CAN 3 06-1233 | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 06-1235 | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 06-1236 | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 06-1237 | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 06-1239 | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 06-1240 | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 06-1241 | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 06-1242 | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 06-1244 | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 06-1245 | Cox v. Eli Lilly & Co. |
| CAN 3 06-1246 | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 06-1263 | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 06-1267 | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 06-1269 | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 06-1270 | Rivers v. Eli Lilly & Co. |
| CAN 3 06-1273 | Marianne Capelle, et al. v. Eli Lilly & Co. |
| CAN 3 06-1274 | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 06-1281 | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 06-1282 | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 06-1293 | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 06-1294 | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 06-1297 | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 06-1299 | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN 3 06-1308~~ | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

Case 3:06-cv-01537-MJJ   Document 4   Filed 09/22/06   Page 7 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 7 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

| Case | Handwritten | Caption |
|---|---|---|
| CAN 3 06-1310 | MJJ | Wesley Kirby v. Eli Lilly & Co. |
| CAN 3 06-1312 | JSW | Beth Smith, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1313~~ | | ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1320 | SC | Josie L. Murray v. Eli Lilly & Co. |
| CAN 3 06-1327 | WHA | Beatrice L. Elserougi v. Eli Lilly & Co. |
| CAN 3 06-1328 | PJH | Valerie J. Mirabile v. Eli Lilly & Co. |
| CAN 3 06-1330 | MMC | Larry Reyes v. Eli Lilly & Co. |
| CAN 3 06-1333 | MJJ | Kathleen A. Hawk v. Eli Lilly & Co. |
| CAN 3 06-1334 | SBA | Robert Koch v. Eli Lilly & Co. |
| CAN 3 06-1339 | WHA | Ernestine Bowyer v. Eli Lilly & Co. |
| CAN 3 06-1340 | WHA | Airetta P.J. Becica v. Eli Lilly & Co. |
| CAN 3 06-1343 | PJH | Marie D. Price v. Eli Lilly & Co. |
| CAN 3 06-1344 | MJJ | Lawrence Segers, Jr. v. Eli Lilly & Co. |
| CAN 3 06-1354 | JSW | Rick Alldrin, et al. v. Eli Lilly & Co. |
| CAN 3 06-1356 | PJH | Lionel Arms, et al. v. Eli Lilly & Co. |
| CAN 3 06-1373 | MMC | Judith A. Stanley v. Eli Lilly & Co. |
| CAN 3 06-1374 | MMC | Donna M. Strasburger v. Eli Lilly & Co. |
| ~~CAN 3 06-1376~~ | | ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1379 | SC | Deborah A. Couch v. Eli Lilly & Co. |
| CAN 3 06-1382 | TEH | Donald R. Dimartino v. Eli Lilly & Co. |
| ~~CAN 3 06-1387~~ | | ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 06-1388 | SI | Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co. |
| CAN 3 06-1389 | SC | Brandy S. Morgan v. Eli Lilly & Co. |
| CAN 3 06-1392 | TEH | Donna L. Wojnovich v. Eli Lilly & Co. |
| CAN 3 06-1393 | SC | Caren L. Wilson v. Eli Lilly & Co. |
| CAN 3 06-1396 | JSW | Charlene West v. Eli Lilly & Co. |
| CAN 3 06-1397 | MHP | Mary Senf v. Eli Lilly & Co. |
| CAN 3 06-1398 | PJH | Nancy L. Axe v. Eli Lilly & Co. |
| CAN 3 06-1400 | PJH | Judy M. Fisher v. Eli Lilly & Co. |
| CAN 3 06-1401 | JSW | Azie Gould Mcclardy v. Eli Lilly & Co. |
| CAN 3 06-1404 | TEH | Robert Young v. Eli Lilly & Co. |
| CAN 3 06-1405 | SC | Peter Williams v. Eli Lilly & Co. |
| CAN 3 06-1406 | WHA | Marlene Rogala v. Eli Lilly & Co. |
| CAN 3 06-1432 | MMC | Shantell Wade-Herbert, et al. v. Eli Lilly & Co. |
| CAN 3 06-1433 | SBA | Evelina Zollicoffer, et al. v. Eli Lilly & Co. |
| CAN 3 06-1435 | SBA | David R. Werner v. Eli Lilly & Co. |
| CAN 3 06-1437 | MHP | Earnest L. Davis v. Eli Lilly & Co. |
| CAN 3 06-1439 | MJJ | Joann Philbin, et al. v. Eli Lilly & Co. |
| CAN 3 06-1442 | SC | Barrett v. Eli Lilly & Co. |
| CAN 3 06-1443 | WHA | Carol A. Bartlett v. Eli Lilly & Co. |
| CAN 3 06-1457 | SBA | Howard Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1458 | PJH | Bernadine A. Bienias v. Eli Lilly & Co. |
| CAN 3 06-1460 | MMC | Richard A. Hernandez v. Eli Lilly & Co. |
| CAN 3 06-1462 | JSW | Sandra M. Johnson v. Eli Lilly & Co. |
| CAN 3 06-1465 | PJH | Heber Olsen, et al. v. Eli Lilly & Co. |
| CAN 3 06-1466 | SC | James Cutter v. Eli Lilly & Co. |
| CAN 3 06-1467 | TEH | Adnan Tuncel v. Eli Lilly & Co. |
| CAN 3 06-1468 | TEH | Shirley A. Jones v. Eli Lilly & Co. |
| CAN 3 06-1469 | JSW | Zackarius E. Kleinsasser v. Eli Lilly & Co. |
| CAN 3 06-1472 | JSW | Damon L. Dowdell v. Eli Lilly & Co. |
| CAN 3 06-1473 | MJJ | Jennifer L. Kebler v. Eli Lilly & Co. |
| CAN 3 06-1476 | PJH | Linda K. Hartle v. Eli Lilly & Co. |
| CAN 3 06-1477 | MJJ | Oradean Foster v. Eli Lilly & Co. |
| CAN 3 06-1479 | MHP | Maurice Looney v. Eli Lilly & Co. |
| CAN 3 06-1480 | MMC | Andrew J.w. Walker v. Eli Lilly & Co. |
| CAN 3 06-1481 | MHP | Gregory Knight v. Eli Lilly & Co. |
| CAN 3 06-1482 | SC | Harriet F. Haughiout v. Eli Lilly & Co. |
| CAN 3 06-1484 | JSW | Mary E. Hunter v. Eli Lilly & Co. |
| CAN 3 06-1486 | TEH | Marvette L. Keys v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                PAGE 6 of 9

```
CAN 3  06-1487  PJH     Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  WHA     William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  MJJ     Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  MMC     Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  MHP     David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  SC      Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  JSW     Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  MJJ     Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  JSW     Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  SC      Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  SC      Joel Feser v. Eli Lilly & Co.
CAN-3--06-1532          Gerald Garfield, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1533  JSW     Eric Padgett v. Eli Lilly & Co.
CAN-3--06-1534          Alberta Johnson v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1537  MJJ     Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  MMC     Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  MMC     Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  TEH     Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  MJJ     William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  JSW     Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  MMC     Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  SC      Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  WHA     Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  MHP     Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  SI      Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  SI      Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  PJH     Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  PJH     Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  SC      Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  WHA     David Bell v. Eli Lilly & Co.
CAN 3  06-1563  JSW     Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  PJH     Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  MMC     Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  WHA     Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  MHP     Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  MJJ     Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  SI      Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  SI      Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  SI      Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  CW      Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  SI      Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  SI      Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  SI      Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  SI      Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  SI      Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  SI      Nicholas Gonzales v. Eli Lilly & Co.
CAN-3--06-1626          Ann Dutton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1627  SI      Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  SI      Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  SI      James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  SI      Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  EMC     Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  MHP     Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  MHP     Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  SC      James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  SI      Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  MMC     Marcella L. Lowry v. Eli Lilly & Co.
```

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

| Case | Initials | Caption |
|---|---|---|
| CAN 3 06-1705 | SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 06-1706 | JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3 06-1708~~ | | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 06-1709 | SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 06-1712 | WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1757~~ | | ~~Linda L. Nevel v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1758 | SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 06-1761 | MHP | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 06-1770 | SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 06-1787 | MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1788 | MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 06-1819 | SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 06-1825 | WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 06-1847 | PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 06-1852 | MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 06-1856 | PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 06-1859 | MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 06-1860 | SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 06-1931 | JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3 06-2038~~ | | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 06-2188~~ | | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 06-2283 | WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3 06-2385~~ | | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3 06-2386~~ | | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 06-2398 | MHP | Duane Inks v. Eli Lilly & Co. |
| CAN 3 06-2399 | MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 06-2420 | JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 06-2421 | JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3 06-2489~~ | | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 06-2609 | MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 05-4831 | | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 05-4894 | | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4 05-5097~~ | | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4 05-5098~~ | | ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 05-5099 | | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 05-5148 | | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 05-5151 | | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 05-5291 | | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 05-5292 | | Denine Cook v. Eli Lilly & Co. |
| CAN 4 06-8 | | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 06-39 | | Viola Ward v. Eli Lilly & Co. |
| CAN 4 06-250 | | David Sensenig v. Eli Lilly & Co. |
| CAN 4 06-893 | | George Carmack v. Eli Lilly & Co. |
| CAN 4 06-906 | | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 06-954 | | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 06-973 | | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 06-974 | | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 06-977 | | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 06-980 | | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 06-985 | | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 06-988 | | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 06-993 | | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 06-1022 | | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 06-1030 | | John Luthy v. Eli Lilly & Co. |
| CAN 4 06-1032 | | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 06-1038 | | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 06-1048 | | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 06-1055 | | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 06-1059 | | Dennis Taylor, et al. v. Eli Lilly & Co. |

Case 3:06-cv-01537-MJJ   Document 4   Filed 09/22/06   Page 10 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 10 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN | 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN | 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN | 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN | 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

# INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
### DOCKET NO. 1596
### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102